318 U.S. 54, 67, 63 S.Ct. 444, 87 L.Ed. 610; Marceau v. Great Lakes Transit Corp., 2 Cir., 146 F.2d 416, 418; Wong Bar v. Suburban Pet. Transport, Inc., 2 Cir., 119 F.2d 745.

The judgment of the district court is affirmed.

## BUCKEYE STEAMSHIP COMPANY, Appellant, v. Joseph McDONOUGH, Adm'r, etc., Appellee.

### No. 11549.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1952.

McCreary, Hinslea & Ray, Cleveland, Ohio, for appellant.

Harrison, Spangenberg & Hull, Cleveland, Ohio, for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause has been heard and considered on the findings of fact, the conclusions of law and the opinion of the District Judge, D.C., 103 F.Supp. 473, on the entire record in the cause and the briefs and oral arguments of the attorneys for the parties;

From all of which it appears that the findings of fact are supported by substantial evidence and are not clearly erroneous, but indeed are virtually unchallenged, and that the conclusions of law are correctly drawn for the reasons stated in the opinion of the court;

And, upon the basis of the authorities cited in the opinion of the District Judge. See especially Lavender v. Kurn, 327 U.S. 645, 653, 66 S.Ct. 740, 90 L.Ed. 916; O'Donnell v. Great Lakes Dredge & Dock Co., 318 U.S. 36, 63 S.Ct. 488, 87 L.Ed. 596; Tiller v. Atlantic Coastline R. Co.,

## BAPTIST MEMORIAL HOSPITAL, Defendant and Appellant, v. Edith WELLS and John Wells, Individually and as father and next friend of James Chadwick Wells, a minor, Plaintiffs and Appellees, Dr. Albert Ball, Defendant and Appellee.

### Nos. 11555, 11556.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1952.

Chas. L. Neely, Memphis, Tenn., for Baptist Memorial Hospital.

Nelson, Norvell, Owens & Floyd, Memphis, Tenn., for Edith Wells et al.

Armstrong, McCadden, Allen, Braden & Goodman, Memphis, Tenn., for Dr. Albert Ball.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel in open court, and it appearing that the case on appeal presents solely questions of fact which were submitted to the jury by the district court under proper instructions, and it further appearing that the verdict of the jury and the judgment of the court are sustained by the evidence, and the court being duly advised.

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed.